JUL-23-07 10:05 AM                                                                                           P.02

Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
8 Camino Encinas, Suite 220
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542

Attorney for Plaintiff,
Lisa Clark

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

LISA CLARK,                                          CASE NO. C07-00631 SC

        Plaintiff,                               STIPULATION AND PROPOSED
                                                     ORDER FOR DISMISSAL
vs.

STANDARD INSURANCE COMPANY,

        Defendant.
_____/

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: July 23, 2007          Law Office of P. Randall Noah

                              By: _____
                              P. Randall Noah,
                              Attorney for plaintiff,
                              Lisa Clark

                              Jones Day

                              By: _____
                              Ms. Sarah K. Hamilton
                              Attorney for defendant,
                              Standard Insurance Co.

IT IS SO ORDERED
Judge Samuel Conti

P. RANDALL NOAH
ATTORNEY AT LAW